SANFORD PETERS, Respondent, *v.* MACFADDEN PUBLICATIONS, INC., Appellant.

(Submitted December 3, 1928; decided December 7, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 581.)